# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

JOHN H. JOHNSON; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-03981

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JOHN H. JOHNSON the above process on the 21 day of September, 2016, at 12:30 o'clock, PM, at 5821 NORTH 21ST STREET PHILADELPHIA, PA 19138, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: JOHN H. JOHNSON SR.
Relationship/Title/Position: FATHER
Remarks: _____
Description: Approximate Age 71-80   Height 6'2   Weight 220   Race BLACK   Sex MALE   Hair BLACK
Military Status: [✓] No   [ ] Yes   Branch: _____

Commonwealth/State of _Pa_           )
                                      ) SS:
County of _Berks_                    )

Before me, the undersigned notary public, this day, personally, appeared _D'Wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **23** day of **SEP**, 20**16**.

_____
Notary Public

File Number: USA-158047
Case ID #: 4698568

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017